FILED '10 NOV 29 12:10 USDC-ORE

Terri Wood, OSB #88332
Law Office of Terri Wood, P.C.
730 Van Buren Street
Eugene, Oregon 97402
541-484-4171
(fax) 541-485-5923
email: twood@callatg.com

Attorney for Miles Simpson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MILES SIMPSON,<br><br>        Plaintiff,<br><br>-VS-<br><br>UNITED STATES DEPARTMENT OF JUSTICE, Dwight C. Holton, United States Attorney for the District of Oregon<br><br>        Defendant | Case No. 05-mc-07104-TC<br><br>MOTION AND ORDER TO DISMISS PLAINTIFF'S MOTION FOR RETURN OF PROPERTY |

    MILES SIMPSON, Plaintiff, by and through his undersigned attorney, moves to dismiss with prejudice his Motion For Return Of Property, upon the ground

that the parties have reached a settlement that will be satisfied in full upon the Court ordering this dismissal.

DATED this 17th day of November, 2010.

/s/ Terri Wood
TERRI WOOD  OSB 88332
Attorney for Plaintiff Miles Simpson

IT IS SO ORDERED this _____11/29_____, 2010.

Thomas M. Coffin
United States District Court Magistrate Judge